Emanuel Kataev, Esq.
SAGE LEGAL LLC
18211 Jamaica Avenue
Jamaica, NY 11423-2327
T: (718) 412-2421 (office)
T: (917) 807-7819 (cellular)
F: (718) 489-4155
E: emanuel@sagelegal.nyc

*Attorneys for Plaintiff*
*Sinowa Johnson*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SINOWA JOHNSON,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>NJ TRANSIT BUS OPERATIONS INC., ET AL.,<br><br>　　　　　Defendant. | Case No.: 1:25-cv-02528<br><br>**SUMMONS RETURNED EXECUTED AS TO DEFENDANT ATU LOCAL 880** |

Pursuant to the Federal Rules of Civil Procedure, Rule 4, Plaintiff Sinowa Johnson has served upon Defendant ATU LOCAL 880 copies of the following documents:

　　1. Issued Summons;

　　2. Complaint and Demand for Jury Trial;

　　3. Civil Cover Sheet;

　　4.  Case Assignment to District Judge and Magistrate Judge;

　　5. Notice of Judicial Preferences;

　　6. Rules and Procedures Judge Karen M. Williams.

1

Attached hereto is a copy of the Affidavit of Service.

Dated: April 23, 2025,

*/s/ Emanuel Kataev, Esq.*
Emanuel Kataev, Esq.
SAGE LEGAL LLC
18211 Jamaica Avenue
Jamaica, NY 11423-2327
T: (718) 412-2421 (office)
T: (917) 807-7819 (cellular)
F: (718) 489-4155
E: emanuel@sagelegal.nyc

*Attorneys for Plaintiff*
*Sinowa Johnson*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

SINOWA JOHNSON,
*Plaintiff*

                V.            **SUMMONS IN A CIVIL CASE**

NJ TRANSIT BUS OPERATIONS INC. , ET AL.,
*Defendant*

CASE NUMBER: **1:25−CV−02528−KMW−EAP**

TO: *(Name and address of Defendant):* ATU Local 880
126 W. Kings Highway
Mount Ephraim, NJ 08059

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) −− or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) −− you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff`s attorney, whose name and address are:

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

/s Melissa E. Rhoads
**Clerk of Court**



**ISSUED ON 2025−04−09 12:21:52**, Clerk USDC NJD

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:25-CV-02528

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ATU LOCAL 880 was received by me on *(date)* April 15, 2025.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Cory Gallman, as authorized Employee , who is designated by law to accept service of process on behalf of *(name of organization)* ATU LOCAL 880, the following documents: 1) Issued Summons; 2) Complaint and Demand for Jury Trial; 3) Civil Cover Sheet; 4) Case Assignment to District Judge and Magistrate Judge; 5) Notice of Judicial Preferences; 6) Rules and Procedures Judge Karen M. Williams, on *(date)* Monday, April 21, 2025 ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 4-23-2025

*Server's signature*

Stephen P. Leoniy

*Printed name and title*

Medley Serves & Investigations, LLC
15 Kingsley Avenue, Marlton, NJ 08053

*Server's address*

Additional information regarding attempted service, etc.:
1) Unsuccessful Attempt: Apr 18, 2025, 1:18 pm EDT at COMPANY: 126 W KINGS HIGHWAY, MOUNT EPHRAIM, NJ 08059
We went to the provided address which is a union hall. No vehicles in the parking lot no response at any of the doors. We will attempted again.

2) Successful Attempt: Apr 21, 2025, 2:34 pm EDT at COMPANY: 126 W KINGS HIGHWAY, MOUNT EPHRAIM, NJ 08059 received by ATU LOCAL 880. Cory Gallman as authorized Employee . Age: 35-45 ; Ethnicity: African American; Gender: Male; Weight: 200; Height: 5'6"; Hair: Bald; Relationship: Authorized Employee ;
We went to the provided address where the papers were accepted without issues.