Emanuel Kataev, Esq.
SAGE LEGAL LLC
18211 Jamaica Avenue
Jamaica, NY 11423-2327
T: (718) 412-2421 (office)
T: (917) 807-7819 (cellular)
F: (718) 489-4155
E: emanuel@sagelegal.nyc

*Attorneys for Plaintiff*
*Sinowa Johnson*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SINOWA JOHNSON,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>NJ TRANSIT BUS OPERATIONS INC., ET AL.,<br><br>　　　　　Defendant. | Case No.: 1:25-cv-02528<br><br>**SUMMONS RETURNED EXECUTED AS TO DEFENDANT NJ TRANSIT BUS OPERATIONS INC.** |

Pursuant to the Federal Rules of Civil Procedure, Rule 4, Plaintiff Sinowa Johnson has served

upon Defendant NJ TRANSIT BUS OPERATIONS INC. copies of the following documents:

　　1. Issued Summons;

　　2. Complaint and Demand for Jury Trial;

　　3. Civil Cover Sheet;

　　4.  Case Assignment to District Judge and Magistrate Judge;

　　5. Notice of Judicial Preferences;

　　6. Rules and Procedures Judge Karen M. Williams.

Attached hereto is a copy of the Affidavit of Service.

Dated: May 1, 2025,   /s/ *Emanuel Kataev, Esq.*
Emanuel Kataev, Esq.
SAGE LEGAL LLC
18211 Jamaica Avenue
Jamaica, NY 11423-2327
T: (718) 412-2421 (office)
T: (917) 807-7819 (cellular)
F: (718) 489-4155
E: emanuel@sagelegal.nyc

*Attorneys for Plaintiff*
*Sinowa Johnson*

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

SINOWA JOHNSON,
*Plaintiff*

                V.             **SUMMONS IN A CIVIL CASE**

NJ TRANSIT BUS OPERATIONS INC. , ET AL.,
*Defendant*

CASE NUMBER: **1:25−CV−02528−KMW−EAP**

TO: *(Name and address of Defendant):* NJ Transit Bus Operations Inc. d/b/a NJ Transit
6000 East Black Horse Pike
Turnersville, NJ 08012

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) −− or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) −− you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff`s attorney, whose name and address are:

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

/s Melissa E. Rhoads
**Clerk of Court**



ISSUED ON 2025−04−09 12:21:52, Clerk USDC NJD

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:25-CV-02528

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* NJ TRANSIT BUS OPERATIONS, INC. d/b/a NJ TRANSIT was received by me on *(date)* April 22, 2025.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Katrina Cohen, who is designated by law to accept service of process on behalf of *(name of organization)* NJ TRANSIT BUS OPERATIONS, INC. d/b/a NJ TRANSIT, the following documents: 1. Issued Summons; 2. Complaint and Demand for Jury Trial; 3. Civil Cover Sheet; 4. Case Assignment to District Judge and Magistrate Judge; 5. Notice of Judicial Preferences; 6. Rules and Procedures Judge Karen M. Williams, on *(date)* Tuesday, April 29, 2025 ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: 29th April 2025

_____
*Server's signature*

Greg Duke

_____
*Printed name and title*

Medley Serves & Investigations, LLC
67 MONROE AVE, ROSELAND, NJ 07068

*Server's address*

Additional information regarding attempted service, etc.:
1) Unsuccessful Attempt: Apr 18, 2025, 2:04 pm EDT at COMPANY: 6000 EAST BLACK HORSE PIKE, TURNERSVILLE, NJ 08012
We went to the provided address. We were advised there that they do not accept the legal papers at this location. They must be served at their administrative office at 350 Newton Ave camden new jersey.

2) Unsuccessful Attempt: Apr 21, 2025, 2:13 pm EDT at COMPANY: 350 NEWTON AVENUE, CAMDEN, NJ 08103
We went to the provided address. We were revised. They do not accept legal documents at this location. They must go through their headquarters in newark NJ at One Penn Plaza Newark NJ 07106

3) Unsuccessful Attempt: Apr 24, 2025, 3:22 pm EDT at COMPANY: ONE PENN PLAZA, NEWARK, NJ 07106
WOULD NOT ACCEPT PAPERS AT LOCATION
ADDRESS TO ACCEPT PAPERS IS.

2 GATEWAY CENTER, NEWARK NJ

4) Successful Attempt: Apr 29, 2025, 11:39 am EDT at 2 GATEWAY CENTER, NEWARK, NJ 07102 received by Katrina Cohen. Age: 40-45; Ethnicity: African American; Gender: Female; Weight: 140; Height: 5'6"; Hair: Black; Relationship: Legal secretary ; Corporate