COHEN, LEDER, MONTALBANO & CONNAUGHTON, LLC
669 River Drive, Suite 125
Elmwood Park, New Jersey 07407
(908) 298-8800
*Attorneys for Defendant ATU Local 880*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY – NEWARK VICINAGE

| | |
|---|---|
| SINOWA JOHNSON, | : |
| | : Case No.: 1:25-cv-02528 |
| Plaintiff, | : |
| | : |
| v. | : APPLICATION FOR EXTENSION OF |
| | : TIME TO ANSWER, MOVE, OR |
| NJ TRANSIT BUS OPERATIONS, INC. | : OTHERWISE REPLY |
| d/b/a NJ TRANSIT and ATU LOCAL 880, | : |
| | : |
| Defendants. | : |
| | : |

Application is hereby made for a Clerk's Order extending the time within which Defendant,

ATU Local 880 may answer, move or otherwise reply to the Complaint filed by Plaintiff Johnson,

and it is represented that:

1.  No previous extension has been obtained;
2.  Service of Process was effected on April 21, 2025; and
3.  Time to Answer, Move, or otherwise Reply expires on May 12, 2025.

_____
Paul A. Montalbano

Dated: May 7, 2025

ORDER

The above application is ORDERED GRANTED extended to _____
ORDER DATED:_____

MELISSA E. RHOADS, Clerk

By:_____
Deputy Clerk