COHEN, LEDER, MONTALBANO & CONNAUGHTON, LLC
669 River Drive, Suite 125
Elmwood Park, New Jersey 07407
(908) 298-8800
*Attorneys for Defendant ATU Local 880*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY – NEWARK VICINAGE

| | |
|---|---|
| SINOWA JOHNSON, | : |
|             Plaintiff, | : Case No.: 1:25-cv-02528 |
| v. | : **DISCLOSURE STATEMENT** |
| NJ TRANSIT BUS OPERATIONS, INC. d/b/a NJ TRANSIT and ATU LOCAL 880, | : |
|             Defendants. | : |

The undersigned counsel for Defendant, ATU Local 880, certifies that this party is a non-governmental corporate party and that:

This party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

_____
Paul A. Montalbano, Esq.
Attorney for Defendant, ATU Local 880

Date: 5/19/2025