Douglas V. Sanchez, Esq. (DS1565)
**CRUSER, MITCHELL, NOVITZ, SANCHEZ, GASTON & ZIMET, LLP**
Mack Cali Corporate Center
50 Tice Boulevard, Suite 250
Woodcliff Lake, New Jersey 07677
201-474-7100
Attorneys for Defendant,
 *NJ Transit Bus Operations Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| SINOWA JOHNSON,<br><br> Plaintiff,<br><br> v.<br><br>NJ TRANSIT BUS OPERATIONS INC. d/b/a NJ TRANSIT and ATU LOCAL 880,<br><br> Defendants. | Docket No: 1:25-cv-02528 (KMW/EAP)<br><br>**APPLICATION FOR A CLERK'S EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT** |

  Defendant, NJ Transit Bus Operations Inc. (hereinafter "Defendant"), hereby applies pursuant to Local Civil Rule 6.1 for a Clerk's Order extending the time within which they may answer, move, or otherwise respond to the Complaint in this matter. In support of the instant application, Defendant states as follows:

  1. Defendant was served with the Complaint on April 29, 2025. Pursuant to Rule 81(c)(2) of the Federal Rules of Civil Procedure, the time for Defendant to answer, move, or otherwise respond to the Complaint expires on May 21, 2025.

  2. Defendant has neither requested nor obtained a previous extension.

  3. Pursuant to Local Rule 6.1(b), Defendant hereby requests leave for an extension of time to answer, move, or otherwise respond to the Complaint for fourteen (14) days, until June 4, 2025.

          Respectfully submitted,

              */s/ Douglas V. Sanchez*
          By: _____
          Douglas V. Sanchez, Esq.
          CRUSER, MITCHELL, NOVITZ,
          SANCHEZ, GASTON, & ZIMET, LLP
          50 Tice Boulevard, Suite 250
          Woodcliff Lake, New Jersey 07677
          Phone: (201) 474-7100
          Fax: (201) 474-7101
          E-mail: dsanchez@cmlawfirm.com
          Attorneys for Defendant, NJ Transit Bus
          Operations Inc.

Dated: May 19, 2025

## ORDER

The above application is GRANTED, and the time within which Defendant, NJ Transit Bus Operations Inc., shall answer, move, or otherwise respond to the Complaint is extended to and including June 4, 2025.

          By: _____

                Deputy Clerk

Dated: _____