**CRUSER, MITCHELL, NOVITZ, SANCHEZ, GASTON & ZIMET, LLP**
Douglas V. Sanchez, Esq. (1565)
Mack Cali Corporate Center
50 Tice Boulevard, Suite 250
Woodcliff Lake, New Jersey 07677
(201) 474-7100
Attorneys for Defendant,
    *NJ Transit Bus Operations Inc.*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| SINOWA JOHNSON,<br><br>             Plaintiff,<br><br>vs.<br><br>NJ TRANSIT BUS OPERATIONS INC.<br>d/b/a NJ TRANSIT and ATU LOCAL 880,<br><br>             Defendant(s). | Civil Action No.: 1:25-cv-02528 (KMW/EAP)<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the undersigned hereby enters an appearance in the above-captioned matter on behalf of Defendant, NJ Transit Bus Operations Inc., and respectfully requests that all notices given or required to be given and all pleadings and papers filed in this case be served upon the undersigned.

                                             **CRUSER, MITCHELL, NOVITZ, SANCHEZ, GASTON & ZIMET, LLP**
                                             Attorneys for Defendant,
                                             NJ Transit Bus Operations Inc.

                                By:    */s/ Douglas V. Sanchez*
Dated: May 20, 2025                      Douglas V. Sanchez