**CRUSER, MITCHELL, NOVITZ, SANCHEZ, GASTON & ZIMET, LLP**
Douglas V. Sanchez, Esq. – 039851989
Travis M. Anderson, Esq. – 272682019
50 Tice Boulevard, Suite 250
Woodcliff Lake, New Jersey 07677
(201) 474-7100
Attorneys for Defendant,
   *NJ Transit Bus Operations Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| SINOWA JOHNSON,<br><br>    Plaintiff,<br><br>        v.<br><br>NJ TRANSIT BUS OPERATIONS INC. d/b/a NJ TRANSIT AND ATU LOCAL 880,<br><br>    Defendants. | Civil Action No. 1:25-02528 (KMW/EAP)<br><br>**NOTICE OF APPEARANCE** |

**TO:**   The Clerk of Court and All Parties of Record

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for Defendant, NJ Transit Bus Operations Inc.

**CRUSER, MITCHELL, NOVITZ, SANCHEZ, GASTON & ZIMET, LLP**

By:   */s/ Travis M. Anderson*
         Travis M. Anderson, Esq.

Dated: May 30, 2025