**CRUSER, MITCHELL, NOVITZ, SANCHEZ, GASTON & ZIMET, LLP**
Douglas V. Sanchez, Esq. – 039851989
Travis M. Anderson, Esq. – 272682019
50 Tice Boulevard, Suite 250
Woodcliff Lake, New Jersey 07677
(201) 474-7100
Attorneys for Defendant,
    *NJ Transit Bus Operations Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| SINOWA JOHNSON,<br><br>  Plaintiff,<br><br>    v.<br><br>NJ TRANSIT BUS OPERATIONS INC. d/b/a/ NJ TRANSIT AND ATU LOCAL 880,<br><br>  Defendants. | Hon. Karen M. Williams, U.S.D.J.<br>Hon. Elizabeth A. Pascal, U.S.M.J.<br><br>Civil Action No. 1:25-02528 (KMW/EAP)<br><br>**NOTICE OF MOTION TO DISMISS THE COMPLAINT FOR FAILURE TO STATE A CLAIM AND LACK OF SUBJECT MATTER JURISDICTION** |

**TO:**    Hon. Karen M. Williams, U.S.D.J.
         United States District Court
         Mitchell H. Cohen U.S. Courthouse
         4th & Cooper Streets, Courtroom 4A
         Camden, New Jersey 08101

         Emanuel Kataev, Esq.
         Sage Law LLC
         18211 Jamaica Avenue
         Jamaica, New York 11423
         Attorneys for Plaintiff, Sinowa Johnson

         Paul A. Montalbano, Esq.
         Cohen, Leder, Montalbano & Connaughton, LLC
         River Drive Center II, 699 River Drive, Suite 125
         Elmwood Park, NJ 07470
         Attorneys for ATU Local 880

**PLEASE TAKE NOTICE** that on **Monday, July 7, 2025,** or at such other time as it may please the Court, Cruser, Mitchell, Novitz, Sanchez, Gaston & Zimet, LLP (Travis M. Anderson, Esq., appearing), appearing on behalf of Defendant, NJ Transit Bus Operations, Inc. ("Defendant"), shall move before the Honorable Karen M. Williams, United States District Judge, in the Mitchell H. Cohen U.S. Courthouse, Camden, New Jersey, for an Order dismissing Plaintiff, Sinowa Johnson's Complaint, with prejudice, for failure to state a claim and Lack of Subject Matter Jurisdiction, pursuant to Rule 12(b)(6) and Rule 12(b)(1) of the Federal Rules of Civil Procedure, and for further relief as the Court may deem proper in this matter.

**PLEASE TAKE FURTHER NOTICE** that Defendant shall rely upon the attached Brief, Declaration of Counsel, and Exhibits submitted herewith in support of the motion.

**PLEASE TAKE FURTHER NOTICE** that Defendant respectfully requests that the Court rule upon the moving papers submitted, without requiring the appearance of counsel, pursuant to Rule 78 of the Federal Rules of Civil Procedure, unless opposition is submitted, in which case oral argument is requested.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith.

                                                **CRUSER, MITCHELL, NOVITZ, SANCHEZ, GASTON & ZIMET, LLP**

By:   */s/ Travis M. Anderson*
       Travis M. Anderson, Esq.

Dated: June 2, 2025