**CRUSER, MITCHELL, NOVITZ, SANCHEZ, GASTON & ZIMET, LLP**
Douglas V. Sanchez, Esq. – 039851989
Travis M. Anderson, Esq. – 272682019
50 Tice Boulevard, Suite 250
Woodcliff Lake, New Jersey 07677
(201) 474-7100
Attorneys for Defendant,
    *NJ Transit Bus Operations Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| SINOWA JOHNSON,<br><br>  Plaintiff,<br><br>    v.<br><br>NJ TRANSIT BUS OPERATIONS INC. d/b/a/ NJ TRANSIT AND ATU LOCAL 880,<br><br>  Defendants. | Hon. Karen M. Williams, U.S.D.J.<br>Hon. Elizabeth A. Pascal, U.S.M.J.<br><br>Civil Action No. 1:25-02528 (KMW/EAP)<br><br>**ORDER** |

    **THIS MATTER** having come before the Court on a motion by Cruser, Mitchell, Novitz, Sanchez, Gaston & Zimet, LLP (Travis M. Anderson, Esq., appearing), appearing on behalf of Defendant, NJ Transit Bus Operations Inc. ("Defendant"), for an Order dismissing Plaintiff, Sinowa Johnson's ("Plaintiff") Complaint, with prejudice, for failure to state a claim and lack of subject matter jurisdiction, pursuant to Rule 12(b)(6) and Rule 12(b)(1) of the Federal Rules of Civil Procedure; and the Court having considered the papers submitted in support of and in opposition to the motion; and upon good cause shown,

    **IT IS** on this _____ day of _____, 2025

    **ORDERED** that Defendants' motion to dismiss Plaintiff's Complaint is hereby **GRANTED**; and it is further

**ORDERED** that Count One of Plaintiff's Complaint is hereby **DISMISSED WITH PREJUDICE** for failure to state a claim upon which relief can be granted, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure; and it is further

**ORDERED** that Count Two of Plaintiff's Complaint is hereby **DISMISSED WITH PREJUDICE** for lack of subject matter jurisdiction, pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure; and it is further

**ORDERED** that a copy of this Order shall be served upon all parties within ten (10) days of receipt hereof.

 

HON. KAREN M. WILLIAMS, U.S.D.J.