**CRUSER, MITCHELL, NOVITZ, SANCHEZ, GASTON & ZIMET, LLP**
Douglas V. Sanchez, Esq. – 039851989
Travis M. Anderson, Esq. – 272682019
50 Tice Boulevard, Suite 250
Woodcliff Lake, New Jersey 07677
(201) 474-7100
Attorneys for Defendant,
　　*NJ Transit Bus Operations Inc.*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| SINOWA JOHNSON,<br><br>　　Plaintiff,<br><br>　　v.<br><br>NJ TRANSIT BUS OPERATIONS INC. d/b/a/ NJ TRANSIT AND ATU LOCAL 880,<br><br>　　Defendants. | Hon. Karen M. Williams, U.S.D.J.<br>Hon. Elizabeth A. Pascal, U.S.M.J.<br><br>Civil Action No. 1:25-02528 (KMW/EAP)<br><br>**CERTIFICATE OF SERVICE** |

　　I certify that I caused a copy of a Notice of Motion, Brief, Declaration of Counsel, Exhibits, proposed form of Order, and Certificate of Service in the above-captioned matter to be electronically filed with the Clerk of the United States District Court for the District of New Jersey. I further certify that counsel of record has been served with a copy of a Notice of Motion, Brief, Declaration of Counsel, Exhibits, proposed form of Order, and Certificate of Service in the above-captioned matter via electronic filing.

　　I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

*/s/ Travis M. Anderson*
Travis M. Anderson, Esq.

Dated: June 2, 2025