THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| SINOWA JOHNSON,<br><br>             Plaintiff,<br><br>     v.<br><br>NJ TRANSIT BUS OPERATIONS, INC., et al.,<br><br>             Defendants. | Civil No. 25-2528 (KMW/EAP) |

## SCHEDULING ORDER

This Scheduling Order confirms the directives given to counsel at the initial scheduling conference held pursuant to Federal Rule of Civil Procedure 16 on **July 17, 2025**; and the Court noting the following appearances: **Emanuel Kataev, Esquire**, appearing on behalf of Plaintiff; **Travis M. Anderson, Esquire**, appearing on behalf of Defendant NJ Transit Bus Operations, Inc., and **Brady M. Connaughton, Esquire**, appearing on behalf of Defendant ATU Local 880; and for good cause shown;

**IT IS** this **17th** day of **July 2025**, hereby **ORDERED**:

1.  No later than **August 8, 2025**, Defendant NJ Transit Bus Operations shall file a motion to stay discovery.

2.  No later than **August 8, 2025**, Defendant Local 880 shall file a motion for judgment on the pleadings.

3.  Any application for an extension of time beyond the deadlines set herein shall be made prior to expiration of the period sought to be extended and shall disclose in the application all such extensions previously obtained, the precise reasons necessitating the application showing good cause under FED. R. CIV. P. 16(b), and whether adversary counsel consent to the application. The scheduling deadlines set herein will not be extended unless good cause is shown. All applications regarding motions returnable before a District Judge shall be presented to the District Judge.

**THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER
MAY RESULT IN IMPOSITION OF SANCTIONS UNDER FED. R. CIV. P. 16(f).**

                                                                          s/Elizabeth A. Pascal
                                                                          ELIZABETH A. PASCAL
                                                                          United States Magistrate Judge

cc: Hon. Karen M. Williams, U.S.D.J.