COHEN, LEDER, MONTALBANO & CONNAUGHTON, LLC
669 River Drive, Suite 125
Elmwood Park, New Jersey 07407
(908) 298-8800
*Attorneys for Defendant ATU Local 880*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY – NEWARK VICINAGE

| | | |
|---|---|---|
| SINOWA JOHNSON, | : | Case No.: 1:25-cv-02528 |
| Plaintiff, | : | |
| v. | : | **CERTIFICATE OF SERVICE** |
| NJ TRANSIT BUS OPERATIONS, INC. d/b/a NJ TRANSIT and ATU LOCAL 880, | : | |
| Defendants. | : | |

I, Caroline Samsel, being of full age, hereby certify that:

1.  I am an administrative assistant with the law firm of Cohen, Leder, Montalbano & Connaughton, LLC, attorneys for Defendant ATU Local 880 in this matter.

2.  I caused a copy of a Notice of Motion, Brief, Certification of Counsel, Exhibits, proposed form of Order, and Certificate of Service in the above-captioned matter to be electronically filed with the Clerk of the United States District Court for the District of New Jersey. I further certify that counsel of record has been served with a copy of Notice of Motion, Brief, Certification of Counsel, Exhibits, proposed form of Order, and Certificate of Service in the above-referenced matter via electronic filing.

3.  I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Caroline Samsel

Dated: August 8, 2025