COHEN, LEDER, MONTALBANO & CONNAUGHTON, LLC
669 River Drive, Suite 125
Elmwood Park, New Jersey 07407
(908) 298-8800
*Attorneys for Defendant ATU Local 880*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY – NEWARK VICINAGE

| | |
|---|---|
| SINOWA JOHNSON, | |
| Plaintiff, | Case No.: 1:25-cv-02528 |
| v. | **ORDER** |
| NJ TRANSIT BUS OPERATIONS, INC. d/b/a NJ TRANSIT and ATU LOCAL 880, | |
| Defendants. | |

**THIS MATTER** having come before the Court on a motion by Cohen, Leder, Montalbano and Connaughton, LLC (Paul A. Montalbano, Esq., appearing), appearing on behalf of Defendant, ATU Local 880, for an Order dismissing Plaintiff, Sinowa Johnson's Complaint, with prejudice, for the Lack of Subject Matter Jurisdiction, pursuant to Rule 12(c) of the Federal Rules of Civil Procedure; and the Court having considered the papers submitted in support of and in opposition to the motion; and upon good cause shown,

**IT IS** on this ___ day of _____, 2025

**ORDERED**, the civil action Complaint of Plaintiff Sinowa Johnson is dismissed, with prejudice and without costs with the Court finding that it is without subject matter jurisdiction.

**ORDERED** that a copy of this Order shall be served upon all parties within ten (10) days of receipt hereof.

HON. KAREN M. WILLIAMS, U.S.D.J.