**CRUSER, MITCHELL, NOVITZ, SANCHEZ, GASTON & ZIMET, LLP**
Douglas V. Sanchez, Esq. – 039851989
Travis M. Anderson, Esq. – 272682019
50 Tice Boulevard, Suite 250
Woodcliff Lake, New Jersey 07677
(201) 474-7100
Attorneys for Defendant,
*NJ Transit Bus Operations Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| SINOWA JOHNSON,<br><br>  Plaintiff,<br><br>  v.<br><br>NJ TRANSIT BUS OPERATIONS INC. d/b/a/ NJ TRANSIT AND ATU LOCAL 880,<br><br>  Defendants. | Hon. Karen M. Williams, U.S.D.J.<br>Hon. Elizabeth A. Pascal, U.S.M.J.<br><br>Civil Action No. 1:25-02528 (KMW/EAP)<br><br>**ORDER** |

  **THIS MATTER** having come before the Court on a motion by Cruser, Mitchell, Novitz, Sanchez, Gaston & Zimet, LLP (Travis M. Anderson, Esq., appearing), appearing on behalf of Defendant, NJ Transit Bus Operations Inc. ("Defendant"), for an Order to stay the within matter pending the result of Defendant's Motion to Dismiss:

  **IT IS** on this _____ day of _____, 2025

  **ORDERED** that Defendant's Motion to Stay is hereby **GRANTED**; and it is further

  **ORDERED** no discovery in this matter shall be conducted until the stay is lifted; and it is further

**ORDERED** that a copy of this Order shall be served upon all parties within ten (10) days of receipt hereof.

_____
HON. ELIZABETH A. PASCAL, U.S.M.J.