Emanuel Kataev, Esq.
SAGE LEGAL LLC
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
 (917) 807-7819 (cellular)
(718) 489-4155 (facsimile)
emanuel@sagelegal.nyc

*Attorneys for Plaintiff*
*Sinowa Johnson*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| SINOWA JOHNSON,<br><br>Plaintiff,<br><br>vs.<br><br>NJ TRANSIT BUS OPERATIONS INC. d/b/a NJ TRANSIT and ATU LOCAL 880,<br><br>Defendants. | Case No.: 1:25-cv-2528 (KMW) (EAP)<br><br>**PLAINTIFF'S LETTER MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS AND FOR STAY** |

Dear Judge Williams:

This office represents the Plaintiff Sinowa Johnson (hereinafter "Plaintiff") in the above-referenced case. Plaintiff respectfully moves this Court for an extension of time to oppose Defendants' motions to dismiss and motion for a stay of discovery. The deadline for filing the opposition has passed. Due to overseas travel from August 21, 2025 through September 2, 2025, your undersigned was unable to meet that deadline.

Pursuant to Rule 6(b)(1)(B) of the Federal Rules of Civil Procedure, the Court may extend a deadline after its expiration upon a showing of good cause and excusable neglect. Plaintiff respectfully submits that the delay was inadvertent, that no prejudice will result to Defendants, and that consideration of the opposition on its merits serves the interests of justice. Furthermore, both Defendants consent to the requested extension of time.

Based on the foregoing, the requested adjournment resets the return date for the motions to dismiss to October 6, 2025. This extension sets the deadline for Plaintiff's opposition papers to September 22, 2025, with Defendants' reply briefs due on September 29, 2025.

      Finally, while Defendants consent to the requested extension of time, they each object to Plaintiff's plan to file a combined memorandum of law in opposition to both motions to dismiss and to the motion for stay. Notwithstanding Defendants' objections, absent direction from this Court to the contrary, Plaintiff intends to file a combined memorandum of law.

      WHEREFORE, Plaintiff respectfully requests that the Court grant leave to file the opposition to Defendants' motions to dismiss and motion for a stay and establish the deadlines set forth above, or such other dates as the Court deems appropriate.

Respectfully submitted,

Dated: Jamaica, New York
      September 4, 2025                                        Respectfully submitted,

                                                                                    **SAGE LEGAL LLC**

                                                                                     */s/ Emanuel Kataev, Esq.*
                                                                                      Emanuel Kataev, Esq.
                                                                                       18211 Jamaica Avenue
                                                                                       Jamaica, NY 11423-2327
                                                                                       (718) 412-2421 (office)
                                                                                       (917) 807-7819 (cellular)
                                                                                       (718) 489-4155 (facsimile)
                                                                                       emanuel@sagelegal.nyc

                                                                                      *Attorneys for Plaintiff*
                                                                                      *Sinowa Johnson*

## CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2025, I caused a true and correct copy of the foregoing Plaintiff's Motion for an Extension of Time to Oppose Defendants' Motions to Dismiss and Motion for a Stay of Discovery, together with the proposed order, to be filed with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all counsel of record.

**SAGE LEGAL LLC**

By: */s/ Victoria Trevor*