Emanuel Kataev, Esq.
SAGE LEGAL LLC
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
 (917) 807-7819 (cellular)
(718) 489-4155 (facsimile)
emanuel@sagelegal.nyc

*Attorneys for Plaintiff*
*Sinowa Johnson*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| SINOWA JOHNSON, | |
| Plaintiff, | Case No.: 1:25-cv-2528 (KMW) (EAP) |
| vs. | |
| NJ TRANSIT BUS OPERATIONS INC. d/b/a NJ TRANSIT and ATU LOCAL 880, | **[PROPOSED] ORDER** |
| Defendants. | |

**THIS MATTER** having come before the Court on a motion by Emanuel Kataev, Esq., appearing on behalf of Plaintiff, for leave to file opposition papers to Defendants' motions to dismiss and motion to stay out of time; and the Court having considered the motions and the submissions of the parties; and upon good cause shown,

**IT IS** on this ___ day of _____, 2025,

**ORDERED** that Plaintiff's Motion for an Extension of Time to File Opposition to Defendants' Motions to Dismiss and Motion for a Stay of Discovery is GRANTED; and it is further

1

**ORDERED** that Plaintiff shall file the opposition to Defendants' motions to dismiss and motion for a stay of discovery on or before September 22, 2025, and that Defendants shall file any reply briefs on or before September 29, 2025.

**SO ORDERED**.

_____
Hon. Karen M. Williams, U.S.D.J.

_____
Hon. Elizabeth A. Pascal, U.S.M.J.