UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-------------------------------------------------------------------X
SINOWA JOHNSON,

                        Plaintiff,

-against-

NJ TRANSIT BUS OPERATIONS INC.
d/b/a NJ TRANSIT and ATU LOCAL 880,

                      Defendants.
-------------------------------------------------------------------X

Case No.: 1:25-cv-02528 (KMW) (EAP)

**NOTICE OF CROSS-MOTION**

      **PLEASE TAKE NOTICE** that on September 29, 2025, or as soon thereafter as counsel may be heard, the undersigned attorneys for Plaintiff Sinowa Johnson shall respectfully cross-move before the Hon. Karen M. Williams, U.S.D.J., at the United States District Court for the District of New Jersey, Mitchell H. Cohen U.S. Courthouse, 4th & Cooper Streets, Courtroom 4A, Camden, New Jersey 08101, in the alternative to the outright denial of Defendants' motions to dismiss, for an Order staying decision on the aforesaid motions until the Supreme Court of the United States issues its decision in <u>Cedric Galette v. New Jersey Transit Corporation</u>, No. 24-1021, which is expected to directly impact or control the issues presented in this matter.

Dated: Jamaica, New York
       September 22, 2025

                                      Respectfully submitted,
                                      **SAGE LEGAL LLC**
                                      */s/ Emanuel Kataev, Esq.*
                                      Emanuel Kataev, Esq.
                                      18211 Jamaica Avenue
                                      Jamaica, NY 11423-2327
                                      (718) 412-2421 (office)
                                      (917) 807-7819 (cellular)
                                      (718) 489-4155 (facsimile)
                                      emanuel@sagelegal.nyc

                                      *Attorney for Plaintiff*
                                      *Sinowa Johnson*

**VIA ECF**
All counsel of record