Emanuel Kataev, Esq.
SAGE LEGAL LLC
18211 Jamaica Avenue
Jamaica, NY 11423-2327
T: (718) 412-2421 (office)
T: (917) 807-7819 (cellular)
F: (718) 489-4155
E: emanuel@sagelegal.nyc

*Attorneys for Plaintiff*
*Sinowa Johnson*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SINOWA JOHNSON, <br><br> Plaintiff, <br><br> vs. <br><br> NJ TRANSIT BUS OPERATIONS INC. d/b/a NJ TRANSIT and ATU LOCAL 880, <br><br> Defendant. | Case No.: 1:25-cv-02528 <br><br> **CERTIFICATE OF SERVICE** |

I, Emanuel Kataev, Esq., being of full age, hereby certify as follows:

1. I am attorney with the law firm of Sage Lgeal LLC, attorneys for Plaintiff in the above-captioned matter.

2. I caused a copy of the following documents to be electronically filed with the Clerk of the United States District Court for the District of New Jersey using the CM/ECF system: Notice of Cross-Motion; Plaintiff's Combined Memorandum of Law in Opposition to Defendants' Motions to Dismiss and NJ Transit's Motion to Stay, and in Support of Plaintiff's Cross-Motion to Alternatively Stay Decision on Defendants' Motions to Dismiss; Proposed Form of Order; and this Certificate of Service. I further certify that counsel of record has been served with copies of the foregoing documents through the Court's CM/ECF system.

3. I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: September 22, 2025,  /s/ *Emanuel Kataev, Esq.*
Emanuel Kataev, Esq.
SAGE LEGAL LLC
18211 Jamaica Avenue
Jamaica, NY 11423-2327
T: (718) 412-2421 (office)
T: (917) 807-7819 (cellular)
F: (718) 489-4155
E: emanuel@sagelegal.nyc

*Attorneys for Plaintiff*
*Sinowa Johnson*

Case 1:25-cv-02528-KMW-EAP Document 29-2 Filed 09/22/25 Page 3 of 3 PageID: 223