Emanuel Kataev, Esq.
SAGE LEGAL LLC
18211 Jamaica Avenue
Jamaica, NY 11423-2327
T: (718) 412-2421 (office)
T: (917) 807-7819 (cellular)
F: (718) 489-4155
E: emanuel@sagelegal.nyc

*Attorneys for Plaintiff*
*Sinowa Johnson*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SINOWA JOHNSON,<br><br>                    Plaintiff,<br><br>vs.<br><br>NJ TRANSIT BUS OPERATIONS INC.<br>d/b/a NJ TRANSIT and ATU LOCAL 880,<br>                    Defendant. | Case No.: 1:25-cv-02528<br><br>**ORDER** |

**THIS MATTER** having come before the Court on a cross-motion by Sage Legal LLC (Emanuel Kataev, Esq., appearing) seeking to alternatively stay decision on Defendants' Motions to Dismiss and NJ Transit's Motion to Stay; and the Court having considered the papers submitted in support of and in opposition to the motions; and for good cause shown,

**IT IS** on this ___ day of _____, 2025,

**ORDERED** that Plaintiff's cross-motion is hereby GRANTED, and the Court's decision on Defendants' Motions to Dismiss and NJ Transit's Motion to Stay shall be stayed pending further Order of the Court; and it is further

**ORDERED** that a copy of this Order shall be served upon all counsel of record through the Court's CM/ECF system.

_____
HON. KAREN M. WILLIAMS, U.S.D.J.

1

2