# EXHIBIT D

145 S.Ct. 2870
Supreme Court of the United States.

Cedric GALETTE, Petitioner,
v.
NEW JERSEY TRANSIT CORPORATION.

No. 24-1021
|
July 3, 2025

Case below, 332 A.3d 776

**Opinion**

Petition for writ of certiorari to the Court of Appeals of New York granted, limited to the following question: Whether the New Jersey Transit Corporation is an arm of the State of New Jersey for interstate sovereign immunity purposes. The **\*2871** case is consolidated, and a total of one hour is allotted for oral argument.

**All Citations**

145 S.Ct. 2870 (Mem)

**End of Document**

© 2025 Thomson Reuters. No claim to original U.S. Government Works.