Emanuel Kataev, Esq.
SAGE LEGAL LLC
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
(917) 807-7819 (cellular)
(718) 489-4155 (facsimile)
emanuel@sagelegal.nyc

*Attorneys for Plaintiff*
*Sinowa Johnson*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SINOWA JOHNSON,<br><br>             Plaintiff,<br><br>vs.<br><br>NJ TRANSIT BUS OPERATIONS INC.<br>d/b/a NJ TRANSIT and ATU LOCAL 880,<br><br>             Defendant. | Case No.: 1:25−cv−2528 (KMW) (EAP)<br><br>**NOTICE OF APPEAL** |

Notice is hereby respectfully given that Sinowa Johnson, the Plaintiff in the above-named case, appeals to the United States Court of Appeals for the Third Circuit from the Opinion and Order of the Hon. Karen M. Williams, U.S.D.J. dated January 16, 2026, from each and every part thereof.

Dated: Jamaica, New York
       February 6, 2026

Respectfully submitted,
**SAGE LEGAL LLC**
*/s/ Emanuel Kataev, Esq.*
Emanuel Kataev, Esq.
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
(917) 807-7819 (cellular)
(718) 489-4155 (facsimile)
emanuel@sagelegal.nyc

*Attorneys for Plaintiff*
*Sinowa Johnson*