# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 26-1278

Sinowa Johnson v. NJ Transit Bus Operations Inc, et al

(U.S. District Court No.: 1:25-cv-02528)

## ORDER

Pursuant to Fed. R. App. P. 10(b) and 3rd Cir. Misc. 107.2(a), it is

ORDERED that the above-captioned case is hereby dismissed for failure to file appearance form, concise summary, information statement and failure to order a transcript of the proceedings in the lower court as required or to notify the Court that a transcript is not necessary for the prosecution of the appeal. It is

FURTHER ORDERED that a certified copy of this order be issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: March 18, 2026
GCH/cc: Travis M. Anderson, Esq.
      Brady M. Connaughton, Esq.
      Emanuel Kataev, Esq.
      Paul A. Montalbano, Esq.

A True Copy:

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate